Andrew D. Herold, Esq., SBN 178640
Joshua A. Zlotlow, Esq., SBN 211399
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
(760) 487-1047
(760) 487-1064 FAX

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY | CASE NO.: CV09-01732 WBS GGH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DATE TO RESPOND TO PLAINTIFF'S COMPLAINT AGAINST LEXINGTON INSURANCE COMPANY** |
| vs. | |
| LEXINGTON INSURANCE COMPANY | |
| Defendants. | **FIRST REQUEST** |

The parties to this matter, by and through their attorneys of record, hereby stipulate and agree to extend the date for Lexington Insurance Company ("Lexington") to file and serve a responsive pleading, as follows:

  A. Plaintiffs filed a complaint against Lexington on June 23, 2009 and Lexington was served on June 30, 2009.

  B. The parties have agreed that Lexington may have up through August 3, 2009 to file a responsive pleading and hereby stipulate to same. This is the first stipulation and request by the parties to extend the date for Lexington to file a responsive pleading.

  C. Pursuant to agreement between the parties, the date for Lexington to file a responsive pleading is by August 3, 2009.

///

///

///

| | | |
|---|---|---|
| 1 | DATED this 20th day of July, 2009 | HEROLD & SAGER |
| 3 | | /s/ |
| | | ANDREW D. HEROLD, ESQ. |
| 4 | | JOSHUA A. ZLOTLOW, ESQ. |
| | | *Attorneys for Defendant LEXINGTON INSURANCE* |
| 5 | | *COMPANY* |
| 7 | DATED this 20th day of July, 2009 | MORALES, FIERRO & REEVES |
| 9 | | /s/ |
| | | RAMIRO MORALES, ESQ. |
| 10 | | ELIZABETH B. CELNIKER, ESQ. |
| | | *Attorneys for Plaintiffs ASSURANCE COMPANY OF* |
| 11 | | *AMERICA and MARYLAND CASUALTY COMPANY* |

### ORDER

For good cause shown and by stipulation of the parties, Lexington's date to file a responsive pleading is by August 3, 2009.

Dated: July 20, 2009

**IT IS SO ORDERED:**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE