1  RAMIRO MORALES, #167947
   ELIZABETH CELNIKER, #211652
2  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
3  Pleasant Hill, CA  94523
   Telephone:  (925) 288-1776
4  Facsimile:  (925) 288-1856

5

   Attorneys for Plaintiffs ASSURANCE COMPANY
6  OF AMERICA and MARYLAND CASUALTY COMPANY

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:  2:09-CV-01732-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE DUTY TO DEFEND**<br><br>Complaint Filed:     June 23, 2009<br>Discovery Cut-Off:  Not Yet Set<br>Motion Cut-Off:      Not Yet Set<br>Trial Date:          Not Yet Set |

18

19 **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF**

20 **HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

21 **AS TO THE DUTY TO DEFEND**

22       The Parties to this litigation, ASSURANCE COMPANY OF AMERICA and MARYLAND

23 CASUALTY COMPANY (collectively "Zurich"), by and through its counsel of record Morales

24 Fierro & Reeves, on the one hand, and LEXINGTON INSURANCE COMPANY ("Lexington"),

25 by and through its counsel of record Herold & Sager, on the other hand, hereby stipulate as follows:

26 ///

27 ///

28 ///

---
1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING
ON THE MOTION FOR PARTIAL SUMMARY JUDGMENT                                 CASE NO. 2:09-CV-01732-WBS-GGH

This action for declaratory relief and contribution involves the parties' respective rights and obligations under policies of commercial liability insurance with respect claims made against Dry Creek Lath & Plaster in connection with an underlying lawsuit captioned *Syers Properties III v. I.C.E. Builders, Inc., et al.,* El Dorado County Superior Court Case No. PC20040180 ("the *Syers Properties* Action"). Initially, Lexington denied it owed any obligation to Dry Creek Lath & Plaster with respect to the *Syers Properties* Action. Lexington now agrees that it has, and had since the time of the initial tender of the *Syers Properties* Action to it, a duty to defend Dry Creek Lath & Plaster in the *Syers Properties* Action.

The Parties, therefore, stipulate that Lexington owes, and since the date of tender owed, a duty to defend Dry Creek Lath & Plaster in the *Syers Properties* Action. Furthermore, the Parties stipulate that Lexington owes to Zurich its equitable share of the fees and costs Zurich incurred since the date of tender in defense of Dry Creek Lath & Plaster in the *Syers Properties* Action and, as the litigation of the *Syers Properties* Action continues, that Lexington owes a duty to contribute its equitable share of the fees and costs of Dry Creek Lath & Plaster's defense in the *Syers Properties* Action.

It is Zurich's position that it is only appropriate to withdraw the pending Motion if there is a stipulation concerning both the duty to defend and the date on which the duty commenced. While Lexington disagrees with Zurich's position, the Parties are in the process of working on a stipulation to resolve the date of the initial tender after which Zurich will withdraw the pending Motion. Specifically, Zurich believes that the letter provided by Dry Creek's attorney and supporting declaration establishes that the tender date is January 19, 2005. Counsel for Lexington currently does not have adequate information to confirm that the January 19, 2005 letter was actually received by Lexington and the earliest document in the possession of counsel for Lexington demonstrating a tender is March 14, 2005. Therefore, the Parties hereby agree and stipulate that this Motion be continued for 30 days to allow the completion of a stipulation concerning the date on which the duty to defend commenced.

///

1     IT IS SO STIPULATED.

3   Dated:  August 28, 2009                       MORALES FIERRO & REEVES

5                                              By: ___/s/_____
                                                Ramiro Morales, Esq., #167947
                                                Elizabeth Celniker, Esq., #211652
                                                Attorneys for Plaintiffs
                                                ASSURANCE COMPANY OF
                                                AMERICA and MARYLAND
                                                CASUALTY COMPANY

10   Dated: August 28, 2009                       HEROLD & SAGER

12                                                By: ___/s/_____
                                                Andrew D. Herold, Esq., #178640
                                                Joshua A. Zlotlow, Esq., #211399
                                                Attorneys for Defendant
                                                LEXINGTON INSURANCE
                                                COMPANY

1 **[~~PROPOSED~~] ORDER**

2   Good cause appearing, the pending Motion for Partial Summary Judgment as to the Duty to

3 Defend filed by Assurance Company of America and Maryland Casualty Company is continued to

4 **September 28, 2009 at 2:00 p.m.**

6 IT IS SO ORDERED.

8 Dated:  August 28, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING
ON THE MOTION FOR PARTIAL SUMMARY JUDGMENT                            CASE NO. 2:09-CV-01732-WBS-GGH