1
RAMIRO MORALES, #167947
ELIZABETH CELNIKER, #211652
2
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
3
Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
4
Facsimile:  (925) 288-1856

5

Attorneys for Plaintiffs ASSURANCE COMPANY
6
OF AMERICA and MARYLAND CASUALTY COMPANY

7

8
## UNITED STATES DISTRICT COURT
9
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
10

11
ASSURANCE COMPANY OF AMERICA and)
MARYLAND CASUALTY COMPANY       )
12
                                )
        Plaintiffs,             )
13                              )
vs.                             )
14                              )
LEXINGTON INSURANCE COMPANY,    )
15                              )
        Defendant.              )
16
_____ )

CASE NO.:  2:09-CV-01732-WBS-GGH

**STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING DEFENDANT'S
DUTY TO DEFEND**

Complaint Filed:      June 23, 2009
Discovery Cut-Off:    Not Yet Set
Motion Cut-Off:       Not Yet Set
Trial Date:           Not Yet Set

17

18
### STIPULATION AND [PROPOSED] ORDER
19
### REGARDING DEFENDANTS DUTY TO DEFEND
20
        The Parties to this litigation, ASSURANCE COMPANY OF AMERICA and MARYLAND
21
CASUALTY COMPANY (collectively "Zurich"), by and through its counsel of record Morales
22
Fierro & Reeves, on the one hand, and LEXINGTON INSURANCE COMPANY ("Lexington"),
23
by and through its counsel of record Herold & Sager, on the other hand, hereby stipulate as follows:
24
        This action for declaratory relief and contribution involves the parties' respective rights and
25
obligations under policies of commercial liability insurance with respect claims made against Dry
26
Creek Lath & Plaster in connection with an underlying lawsuit captioned *Syers Properties III v.*
27
*I.C.E. Builders, Inc., et al.,* El Dorado County Superior Court Case No. PC20040180 ("the *Syers*
28
*Properties* Action").  In 2005, tender was made on behalf of Dry Creek Lath & Plaster to Lexington

1    for defense and indemnity in connection with the *Syers Properties* Action.  Initially, Lexington

2    denied it owed any obligation to Dry Creek Lath & Plaster with respect to the *Syers Properties*

3    Action.  Lexington now agrees that it has, and had since the time of the initial tender of the *Syers*

4    *Properties* Action to it, a duty to defend Dry Creek Lath & Plaster in the *Syers Properties* Action.

5         The Parties, therefore, stipulate that Lexington owes, and since January 19, 2005 owed, a

6    duty to defend Dry Creek Lath & Plaster in the *Syers Properties* Action.  Furthermore, the Parties

7    stipulate that Lexington owes to Zurich its equitable share of the fees and costs Zurich incurred since

8    January 19, 2005 in defense of Dry Creek Lath & Plaster in the *Syers Properties* Action and, as the

9    litigation of the *Syers Properties* Action continues, that Lexington owes a duty to contribute its

10   equitable share of the fees and costs of Dry Creek Lath & Plaster's defense in the *Syers Properties*

11   Action.

12        IT IS SO STIPULATED.

13

14   Dated: September 11, 2009                    MORALES FIERRO & REEVES

15

16                                               By: __/s/_____
                                                     Ramiro Morales, Esq., #167947
17                                                   Elizabeth Celniker, Esq., #211652
                                                     Attorneys for Plaintiffs
18                                                   ASSURANCE COMPANY OF
                                                     AMERICA and MARYLAND
19                                                   CASUALTY COMPANY

20

21   Dated:September 11, 2009                      HEROLD & SAGER

22

23                                               By: __/s/_____
                                                     Andrew D. Herold, Esq., #178640
24                                                   Joshua A. Zlotlow, Esq., #211399
                                                     Attorneys for Defendant
25                                                   LEXINGTON INSURANCE
                                                     COMPANY
26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS DUTY TO DEFEND     CASE NO. 2:09-CV-01732-WBS-GGH

**ORDER**

The Parties having stipulated thereto, and good cause appearing, the Court hereby declares that LEXINGTON INSURANCE COMPANY owes, and since January 19, 2005 owed, a duty to defend Dry Creek Lath & Plaster in the *Syers Properties* Action.  It is further declared that LEXINGTON INSURANCE COMPANY owes to ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY (collectively "Zurich") its equitable share of the fees and costs Zurich incurred since January 19, 2005 in defense of Dry Creek Lath & Plaster in the *Syers Properties* Action.  It is further declared that, as the litigation of the *Syers Properties* Action continues, LEXINGTON INSURANCE COMPANY owes a duty to contribute its equitable share to the fees and costs of Dry Creek Lath & Plaster's defense in the *Syers Properties* Action.

IT IS SO ORDERED.


Dated:   September 18, 2009


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS DUTY TO DEFEND      CASE NO. 2:09-CV-01732-WBS-GGH