RAMIRO MORALES, # 167947
ELIZABETH CELNIKER, # 211652
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiffs ASSURANCE COMPANY
OF AMERICA and MARYLAND CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:09-CV-01732-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING MEDIATION**<br><br>Complaint Filed:   June 23, 2009<br>Discovery Cut-Off: Not Yet Set<br>Motion Cut-Off:    Not Yet Set<br>Trial Date:            Not Yet Set |

**STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION PENDING MEDIATION**

The Parties to this litigation, ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY (collectively "Zurich"), by and through its counsel of record Morales Fierro & Reeves, on the one hand, and LEXINGTON INSURANCE COMPANY ("Lexington"), by and through its counsel of record Herold & Sager, on the other hand, hereby stipulate as follows:

This action for declaratory relief and contribution involves the parties' respective rights and obligations under policies of commercial liability insurance with respect claims made against Dry Creek Lath & Plaster in connection with an underlying lawsuit captioned *Syers Properties III*

1  *v. I.C.E. Builders, Inc., et al.*, El Dorado County Superior Court Case No. PC20040180 ("the *Syers*
2  *Properties* Action").

3  Since the June 23, 2009 filing of the Compliant, the parties have reached agreement as to
4  certain issues in the case, as reflected in the Stipulation and Order Regarding Defendant's Duty to
5  Defend, submitted by the parties on September 11, 2009 and entered as an Order of this Court
6  September 21, 2009.  Furthermore, the parties have engaged in discussions with each other
7  concerning the amount of their respective defense obligations and their respective contributions to
8  the indemnity for the liability claims against Dry Creek Lath & Plaster in the *Syers Property*
9  Action.  On September 24, 2009, counsel met and conferred to discuss the possibility that the
10 remaining issues in this litigation could be resolved through mediation, among other topics
11 pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16-240, and the June 23 2009 Order
12 of this Court.  The parties concluded that it is in the furtherance of their negotiations to resolve the
13 remaining issues in this case, in the interests of justice and judicial economy, and appropriate to
14 request that the Court stay the litigation for a period of approximately ninety (90) days, during
15 which time the parties will engage in mediation.
16 WHEREFORE, Zurich and Lexington, through their counsel of record, stipulate to a stay
17 of all proceedings in this litigation through and including January 1, 2010, for the purpose of
18 engaging in mediation of the remaining issues in this case.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   The parties respectfully request that the Court stay all proceedings in this litigation through
2   and including January 1, 2010, that it continue the date for the filing of the parties' Joint Status
3   Report until January 11, 2010, and that it continue the Status (Pretrial Scheduling) Conference
4   until January 25, 2010.

5   IT IS SO STIPULATED.

6   Dated: September 30, 2009                    MORALES FIERRO & REEVES

7
8                                               By:__/s/_____
                                                    Ramiro Morales, Esq., #167947
                                                    Elizabeth Celniker, Esq., #211652
9                                                   Attorneys for Plaintiffs ASSURANCE
                                                    COMPANY OF AMERICA and
10                                                  MARYLAND CASUALTY COMPANY

11  Dated: September 30, 2009                    HEROLD & SAGER
12

13                                               By:__/s/_
                                                    Andrew D. Herold, Esq., #178640
14                                                  Joshua A. Zlotlow, Esq., #211399
                                                    Attorneys for Defendant LEXINGTON
15                                                  INSURANCE COMPANY

16

17                                          **ORDER**

18  The Parties having stipulated thereto, and good cause appearing, the Court hereby orders a
19  stay of all proceedings in this litigation until and through January 1, 2010 for the purpose that the
20  parties may engage in mediation.  It is further ordered that the parties shall have until January 11,
21  2010 to submit their Joint Status Report and that the Status (Pretrial Scheduling) Conference is
22  continued until January 25, 2010, at 2:00 p.m., in Courtroom 5 of the United States District Court
23  for the Eastern District of California, located on the 14th Floor of 501 "I" Street, Sacramento,
24  California  95814.

25  IT IS SO ORDERED.

                                                Dated:  October 1, 2009
26
27                                              [signature]
                                                WILLIAM B. SHUBB
28                                              UNITED STATES DISTRICT JUDGE